JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGEL ENCISO,<br><br>    Plaintiff<br><br>    v.<br><br>DAVIDSON HOTEL COMPANY LLC, a limited liability company; DAVIDSON HOTELS AND RESORTS, LLC, a limited liability company; DAVIDSON HOTEL COMPANY, a corporation; DOUBLETREE BY HILTON LA WESTSIDE, and entity of unknown provenance; and DOES 1 through 70, Inclusive,<br><br>    Defendants. | Case No. 2:15-cv-09863-RGK-KS<br><br>[Assigned for all purposes to Hon. R. Gary Klausner, Ctrm. 850]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>(Filed concurrently with Stipulation to Remand Removed Action)<br><br>Complaint filed: September 21, 2015<br>Removed: December 23, 2015<br>Trial date: None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

Upon review of the Parties' Stipulation to Remand Removed Action filed on January 29, 2016, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The Parties' Stipulation is approved; and

2. Central District of California Case Number 2:15-cv-09863-RGK-KS, titled *Angel Enciso v. Davidson Hotel Company LLC et al*, is hereby remanded to the Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: February 02, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

4818-9574-3533, v. 1